IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

**FILED**

NOV 18 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



| | |
|---|---|
| TRAVIS WILLIAM WEST, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 96-HM-0188-NW |
| WARDEN STEVE DEES, et al, | ) |
| Respondent(s). | ) |

**ENTERED**

NOV 18 1997

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 18th day of November, 1997.

E. B. HALTOM, JR.,
SENIOR UNITED STATES DISTRICT JUDGE